**SO ORDERED.**

**SIGNED this 02nd day of June, 2008.**

**LEIF M. CLARK**
**UNITED STATES BANKRUPTCY JUDGE**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| SIDNEY MOBLEY | * | CASE NO. 06-31405 |
| CLARESIE MOBLEY | * | |
| | * | |
| DEBTOR | * | |
| | * | |

## ORDER ON MOTION FOR MORATORIUM

Came on for Consideration the Motion For Moratorium filed by the Debtor, through his attorney, Edgar Borrego, in the above-styled and numbered bankruptcy case.

Notice was sent to the creditors and to the trustee, but no written response was filed herein.

The Court, having considered the Motion, finds that it should be granted. It is therefore;

ORDERED, ADJUDGED AND DECREED, that the Debtors be allowed to miss the

May and June 2008 plan payments.

IT IS FURTHER ORDERED that the Debtors shall resume the regular plan payments of

$420.00 in July 2008 and that they also send an additional $30.00 starting July 2008, for

a total plan payment of $450.00. The plan base shall remain at $25,200.00.

###

Prepared and Submitted by:

Tanzy and Borrego Law Office
Edgar Borrego
2610 Montana
El Paso, Texas 79903
Tel: (915) 566-4300